IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER T. COWART,
FDOC Inmate Number 520474,
    Plaintiff,

vs.                                    Case No.:  5:16cv149/LAC/EMT

STEVEN OWENS, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 8, 2016 (ECF No. 6).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted noting that the FDOC Inmate # 520474 is the same number listed for the Cowart who filed the three cases in the Middle District.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.  This action is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3.  The clerk is directed to close this file.

**DONE AND ORDERED** this 26th day of July, 2016.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 5:16cv149/LAC/EMT